UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. ~~16-20195~~-CR-UNGARO
16-20325

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JORGE RODRIGUEZ,

        Defendants.
_____/

## ORDER OF TRANSFER TO FUGITIVE STATUS

THE above listed defendant and case are transferred to the Clerk's Fugitive File until such time as the defendant(s) is apprehended.

DONE and ORDERED in Chambers at the United States District Court, Miami, Florida this 13 day of May, 2016.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of record