UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20325-CR-UNGARO

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JORGE RODRIGUEZ,

       Defendant.
_____/

## NOTICE OF APPEARANCE

The United States of America, by and through the undersigned Assistant United States Attorney, Michelle B. Alvarez, hereby files this Notice of Appearance regarding the forfeiture issues in the above-styled case.

       Respectfully submitted,

       WIFREDO A. FERRER
       UNITED STATES ATTORNEY

BY:   *s/Michelle B. Alvarez*
       Michelle B. Alvarez
       Assistant United States Attorney
       Florida Bar No. 615617
       99 NE 4th Street, 7th floor
       Miami FL, 33132-2111
       Tel.: (305) 961-9088
       Fax: (305) 536-7599
       E-mail: Michelle.Alvarez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    *s/Michelle B. Alvarez*
Michelle B. Alvarez
Assistant U.S. Attorney