UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20325-CR-UNGARO

UNITED STATES OF AMERICA,

vs.

JORGE RODRIGUEZ,

      Defendant.
_____/

## UNITED STATES' NOTICE OF REASSIGNMENT

      Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America regarding issues of criminal forfeiture in this cause.   The prior counsel for the United States, AUSA Michelle B. Alvarez, is no longer counsel of record for the United States in this matter.

      Respectfully submitted,

      BENJAMIN G. GREENBERG
      UNITED STATES ATTORNEY

By:   *s/Daren Grove*_____
      Daren Grove (Court No. A5501243)
      Assistant United States Attorney
      E-mail: daren.grove@usdoj.gov
      99 NE 4th Street - 7th Floor
      Miami, Florida 33132
      Telephone: (954) 660-5774
      Facsimile: (954) 356-7180

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 24, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

                                                s/*Daren Grove*
                                                Daren Grove
                                                Assistant United States Attorney